

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEPT 8 2005 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    Plaintiff,

-against-

ROSSIE L. ROBINSON,

    Defendant,

-and-

LAIDLAW TRANSIT, INC.,

    Garnishee.

Civil Action No.: CV-98-6860 (JG)



RECEIVED
AUG 11 2005
CHAMBERS OF JUDGE GLEESON

## GARNISHEE ORDER

Whereas the Plaintiff by the Declaration of Douglas M. Fisher, Esq. dated May 20, 2005, on file herein, claims that said Defendant is indebted in the amount of $4,837.86 with interest from March 24, 1999 at the post-judgment interest rate of 4.918% compounded annually less a payment made of $750.00 for a balance due as of May 18, 2005 of $5,529.34 with interest accruing at 4.918% compounded annually. A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer, stating that at the time of service of the Writ, he had in his possession or under his control personal property belonging to and due Defendant, and that Garnishee was indebted to Defendant, in the sum of approximately $486.85 weekly as a result of the Garnishees' employment of Defendant.

The Defendant, was notified of his/her right to a hearing and has not requested a hearing to determine exempt property.

IT IS ORDERED that Garnishee pay to Plaintiff ten percent (10%) of the Defendant's disposable non-exempt earnings, presently in the sum of approximately $48.69 weekly making payments of said monies as directed by the Plaintiff, to pay to the Plaintiff any and all monies

already withheld by Garnishee as required, and to continue said payments until the Defendant's debt to the Plaintiff is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging or owed to the Defendant, Rossie L. Robinson or until further Order of this Court.. **The name of the Defendant, Rossie L. Robinson and CIF Number C-78803 must be on the check.**

SO ORDERED,

Dated: Brooklyn, New York
       Sept 2, 2005

s/John Gleeson
Honorable John Gleeson
United States District Court Judge